### IN THE UNITED STATES DISTRICT COURT OF MARYLAND
### Baltimore Division

| | |
|---|---|
| **BERTHA GREEN** <br><br> PLAINTIFF <br><br> VS- <br><br> **PRRC, INC. D/B/A PRICE RITE OF ROSEDALE PLAZA , ET AL** <br><br> DEFENDANTS | Civil Case No.: 1:25-cv-00385 |

### AFFIDAVIT OF SERVICE

**NOW COMES,** Bertha Green, (the "Plaintiff"), by and through her undersigned counsel. hereby certify that on January 7, 2025, a Copy of the Summons, Complaint, Interrogatories, Request for Production of Documents, and Request for Admissions, and all supporting documents in this action upon the Defendant, DDS INVESTMENT II, LLC, by serving its

Resident Agent at:
State Department of Assessments and Taxation
Service of Process Team
301 W. Preston Street
Room 801
Baltimore, Maryland 21201

Respectfully Submitted,

*Kim Parker*

_____

**KIM PARKER, ESQUIRE**
Bar No.: 23894
LAW OFFICES OF KIM PARKER, P.A.
2123 Maryland Avenue
Baltimore, Maryland 21218
410-234-2621
F: 443-486-1691
E. kp@kimparkerlaw.com
COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7TH *day February* 2025, a copy of the foregoing Affidavit of Service was mailed, first class, postage prepaid to:

Jacqueline Kramer, Esquire
Counsel for Defendant DDS Investments
Via Email: jacquelyn.kramer@selective.com


Jennifer King, Esquire
Counsel for PRRC
Via Email jking@decarodoran.com

*Kim Parker*

_____
**KIM PARKER, ESQUIRE**