IN THE UNITED STATES DISTRICT COURT OF MARYLAND
Baltimore Division

| | |
|---|---|
| **BERTHA GREEN**<br><br>    PLAINTIFF<br><br>VS-<br><br>**PRRC, INC. D/B/A PRICE RITE OF ROSEDALE PLAZA , ET AL**<br><br>    DEFENDANTS | Civil Case No.: 1:25-cv-00385 |

## LINE WITHDRAWING MOTION FOR DEFAULT

**WILL THE CLERK OF THE COURT,** please withdraw, Plaintiff's Motion for Default against the Defendant DDS Investments, II, LLC [docket entry#7].

Respectfully Submitted,

*Kim Parker*

**KIM PARKER, ESQUIRE**
Bar No.: 23894
LAW OFFICES OF KIM PARKER, P.A.
2123 Maryland Avenue
Baltimore, Maryland 21218
410-234-2621
F: 443-486-1691
E. kp@kimparkerlaw.com
COUNSEL FOR PLAINTIFF

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of Plaintiff's Motion to Withdraw Motion for Default was served this day on all counsel of record, via the Court's ECF filing systems.

*Kim Parker*

_____
**KIM PARKER, ESQUIRE**
**COUNSEL FOR PLAINTIFF**