IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BERTHA GREEN | * | |
| Plaintiff | * | |
| v. | * | |
| PRRC, INC. D/B/A PRICE RITE OF ROSEDALE PLAZA, ET AL. | * | Case No.: 1:25-cv-00385JRR<br>JURY TRIAL |
| | * | |
| Defendants | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF CONSENT TO NOTICE OF REMOVAL

Through undersigned counsel, DDS Investments II, LLC consents to the Notice of Removal.

Respectfully submitted,

/s/ Megan O'Connor

_____
Megan O'Connor
Law Office of Jacquelyn Kramer
10420 Little Patuxent Parkway, Suite 495
Columbia, MD 21044
(410) 715-2902
Megan.OConnor@Selective.com
Bar #18686
*Attorneys for Defendant, DDS Investments II, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of February 2025, a copy of the foregoing

**Notice of Consent to Notice of Removal** was electronically served on:

Kim Parker, Esq.
Bar No.: 23894
LAW OFFICES OF KIM PARKER, P.A.
2123 Maryland Avenue
Baltimore, Maryland 21218
410-234-2621
F: 443-486-1691
E. kp@kimparkerlaw.com
*Counsel for Plaintiff*

Jennifer A. King, Esquire
Decora Doran Siciliano Gallagher and DeBlasis, LLP
Bar No.: 17248
17251 Melford Boulevard, Suite 200
Bowie, Maryland 20715
Direct: (301) 938-4654
Fax: (301) 352-8691
*Counsel for Defendant PRRC, Inc. d/b/a Price Rite of Rosedale Plaza*

                                                           /s/ Megan D. O'Connor
                                                           Megan D. O'Connor, Esquire
                                                           Bar No.: 18686