**IN THE UNITED STATES DISTRICT COURT OF MARYLAND**
**Baltimore Division**

| | |
|---|---|
| **BERTHA GREEN**<br><br>    **PLAINTIFF**<br><br>**VS-**<br><br>**PRRC, INC. d/b/a Price Rite of Rosedale Plaza , ET AL**<br><br>    **DEFENDANTS** | **Civil Case No.: 1:25-cv-00385** |

CLERK OF THE COURT:

### NOTICE OF APPEARANCE

Please enter this appearance of Christopher Getty, Esq. from Morgan and Morgan, DC, PLLC on behalf of the Plaintiff.

        Respectfully submitted,

          /s/Christopher Getty
       CHRISTOPHER GETTY
       MD Bar # 2012280005
       **MORGAN & MORGAN, PLLC**
       20 M Street SE, Suite 600
       Washington, DC 20003
       Phone: (202) 772-0587
       Fax: (202) 772-0637
       Email: CGetty@forthepeople.com
       *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was sent to be served via e-filing on this 10th day of April to:

Megan O'Connor, Esquire
Counsel for Defendant DDS Investments
Via Email: Megan.OConnor@selective.com

Jennifer King, Esquire
Counsel for Defendant PRRC
Via Email jking@decarodoran.co


   /s Christopher Getty

Christopher Getty