IN THE UNITED STATES DISTRICT COURT OF MARYLAND
Baltimore Division

**BERTHA GREEN**

    PLAINTIFF

VS-

**PRRC, INC. D/B/A PRICE RITE OF ROSEDALE PLAZA , ET AL**

    DEFENDANTS

Civil Case No.: 1:25-cv-00385

## BERTHA GREEN'S REQUEST FOR PRE-MOTION CONFERENCE

Pursuant to the Court's May 6, 2025 Order, ECF 27, Ms. Green hereby requests an informal pre-motion conference to resolve the issue of Defendants' failure to answer discovery. Counsel has attempted several times to obtain responses without success. Ms. Green served requests on Defendants on June 23, 2025. Ex. 1; Ex. 2. Defendants have not yet responded.

By Counsel

*/s/ Christopher Getty*
Christopher Getty (he/him/his)
Bar # 22070
Morgan & Morgan, DC PLLC
20 M Street SE, Suite 600,
Washington, DC 20003
Email: cgetty@forthepeople.com
Phone: (202) 772-0587
*Counsel for Ms. Green*

### Certificate of Service

I certify that the foregoing was served via the court's electronic filing service on all counsel of record on October 7, 2025.

*/s/ Christopher Getty*
Christopher Getty (he/him/his)